# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 45 WAL 2024 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the **Unpublished** |
| v. | : | **Memorandum and Order** of the |
| | : | Superior Court at No. 478 WDA |
| | : | 2023 entered on January 5, 2024, |
| BRIAN K. WRIGHT, | : | **affirming** the Judgment of Sentence |
| | : | of the Armstrong County Court of |
| Petitioner | : | Common Pleas at No. CP-03-CR- |
| | : | 0000200-2022 entered on March 23, |
| | | 2023 |

## ORDER

**PER CURIAM**

 **AND NOW**, this 1st day of July, 2025, the Petition for Allowance of Appeal is **GRANTED**, the order of the Superior Court is **VACATED**, and the case is **REMANDED** to the Superior Court for reconsideration in light of *Commonwealth v. Shifflett*, __ A.3d __, 2025 WL 1535292 (Pa. 2025).